**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 01-50183
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIANO ROMERO-ROMERO, also
known as Salvador Aguirre-Medrano,

Defendant-
Appellant.

--------------------------------------------------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-00-CR-490-1
--------------------------------------------------------------
October 29, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Mariano Romero-Romero ("Romero") has moved for leave
to withdraw and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). Romero
has filed a <u>pro</u> <u>se</u> response brief. Our review of the briefs filed by counsel and Romero and of the
record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS
DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.